IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NAKITA JONES, | * |
| Petitioner, | * |
| v. | Case No. 7:21-CV-139(HL) |
| | * |
| Sheriff GENE SCARBROUGH, | |
| | * |
| Respondent. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 16, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of February, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk